UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action No. |
| Plaintiff, ) | 5:07-CR-73-JMH-HAI-1 |
| ) | (Civil Action No. |
| v. ) | 5:16-cv-08-JMH-HAI) |
| ) | |
| MALIK SHABAZZ HAWKINS, ) | **MEMORANDUM OPINION & ORDER** |
| ) | |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on the Report and Recommendation entered by Magistrate Judge Hanly A. Ingram [DE 144]. Said action was referred to the magistrate for the purpose of reviewing the merit of Defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255 [DE 141]. Because Defendant has previously sought relief in this matter by means of a motion under § 2255 [DE 114], which relief was denied [DE 131] by this Court, the Court agrees with the Magistrate Judge that this matter must be transferred to the United States Court of Appeals for the Sixth Circuit pursuant to *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) (per curiam), for review and certification as a second or successive motion. *See* 28 U.S.C. §§ 2244(a), 2255(h).

When the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub judice*, "[i]t does not appear that Congress intended to require district court review of

a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Consequently and in the absence of any objections from Defendant Coleman, this Court adopts the reasoning set forth in the Report and Recommendation as to Coleman's Motion as its own.

The Court does not consider whether a certificate of appealability should issue since it reaches no conclusion as to the merits of Defendant's motion under § 2255.

Accordingly, **IT IS ORDERED:**

(1) that the Magistrate Judge's Report and Recommendation [DE 144] is **ACCEPTED** and **ADOPTED**.

(2) that the Clerk shall **TRANSFER** Defendant's Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255 [DE 141] to the United States Court of Appeals for the Sixth Circuit for further proceedings in keeping with *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) (per curiam).

(3) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This is the 12th day of February, 2016.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge